1  **GREGORY T. MURPHY**
   California State Bar No. 245505
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, CA 92101-5008
   (619) 234-8467/Fax: (619) 687-2666
4  E-Mail: gregory_murphy@fd.org

5  Attorneys for Luis Arturo Miranda-Mendoza

6
7
8                    UNITED STATES DISTRICT COURT
9                   SOUTHERN DISTRICT OF CALIFORNIA
10                  **(HONORABLE CATHY ANN BENCIVENGO)**

11 | UNITED STATES OF AMERICA,        ) | Case No. 07MJ3013
12 |          Plaintiff,              ) |
13 | v.                               ) | **CERTIFICATE OF SERVICE**
14 | LUIS ARTURO MIRANDA-MENDOZA,     ) |
15 |          Defendant.              ) |
16 |_____) |

17     Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of his
18 information and belief, and that a copy of the foregoing document has been served this day upon:

19                          U.S. Attorney CR
                         Efile.dkt.gc2@usdoj.gov
20
21                                          Respectfully submitted,
22
23 DATED:    January 7, 2008             /s/ Gregory T. Murphy
                                         **GREGORY T. MURPHY**
24                                       Federal Defenders of San Diego, Inc.
                                         Attorneys for Luis Arturo Miranda-Mendoza
25
26
27
28